UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 20 AM 9:39
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Nicolas RAMIREZ-Moreno,** Defendant | Magistrate Docket No. '08 MJ 0488 |
| | COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **February 18, 2008** within the Southern District of California, defendant, **Nicolas RAMIREZ-Moreno,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **FEBRUARY 2008.**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

SCF

**CONTINUATION OF COMPLAINT:**
**Nicolas RAMIREZ-Moreno**

## PROBABLE CAUSE STATEMENT

On February 18, 2008, Senior Patrol Agents A. Hernandez and F. Gaspar were assigned to uniformed Border Patrol duties in the vicinity of the Tecate, California Port of Entry. At approximately 2:00 p.m., Agent V. Savilli advised Agent Hernandez and Agent Gaspar of a group of suspected illegal aliens crawling under the United States/Mexico International Boundary fence in an area known as "Panel 120". This area is located approximately a half mile west of the Tecate, California Port of Entry and directly north of the United States/Mexico International Boundary.

Agent Hernandez and Agent Gaspar arrived at the reported area and encountered three individuals attempting to conceal themselves in a small ditch. Agent Hernandez and Agent Gaspar identified themselves as United States Border Patrol Agents. Upon questioning, all three individuals, including one later identified as the defendant **Nicolas RAMIREZ-Moreno,** admitted to being citizens of Mexico, and did not possess any immigration documents that would allow them to enter or remain in the United States legally. All three individuals were arrested and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 17, 2005** through **Del Rio, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

2/20/08, 0922 hrs
Date/Time